SERVICES RENDERED,
INC., Appellant,

v.

STATE of Missouri, Division of
Employment Security,
Respondent.

No. WD 59551.

Missouri Court of Appeals,
Western District.

Sept. 4, 2001.

David M. Heimos, Clayton, MO, Attorney for Appellant.

Sharon A. Willis, Kansas City, MO, Attorney for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and HOWARD, JJ.

### Order

PER CURIAM.

Services Rendered, Inc., appeals from the decision of the Labor and Industrial Relations Commission that Melodie Cotton, Bill Budde, and John Hunter, who worked for the appellant as process servers, were its employees, not independent contractors, for purposes of the Missouri Employment Security Law, §§ 288.010–288.390 RSMo 2000, requiring the appellant to make contributions to the Missouri Unemployment Compensation Fund.

Affirmed. Rule 84.16(b).

William and Patricia MORRIS,
Appellant,

v.

COMMERCIAL BANK OF OAK
GROVE, Respondent.

No. WD 59329.

Missouri Court of Appeals,
Western District.

Submitted Aug. 22, 2001.

Decided Sept. 4, 2001.

H. Kent Desselle, Independence, MO for Appellant.

Robert H. Schnieders, Oak Grove, MO for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, Jr., JJ.

### Order

PER CURIAM:

William and Patricia Morris appeal an adverse summary judgment on their claim for wrongful foreclosure against Commercial Bank of Oak Grove.

Having considered the contentions of appellants, we determine them to be without legal merit. A formal opinion would have no jurisprudential value. A memorandum of the basis of the decision is furnished to the parties.

Judgment is affirmed. Rule 84.16(b).